**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1) CATHERINE D. CARTER, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 17-cv-00683-GKF-FHM |
| vs. ) | |
| ) | |
| 1) CLEVELAND AREA HOSPITAL ) | |
| AUTHORITY, a domestic public trust, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), the parties to the above-captioned case hereby stipulate to the dismissal of the case *with prejudice*, with each party to bear her or its own costs and attorneys' fees in connection herewith.

Respectfully submitted,

| | |
|---|---|
| *s/Daniel E. Smolen* | *s/J. Patrick Cremin*\* _____ |
| Daniel E. Smolen, OBA No. 19943 | J. Patrick Cremin, OBA #2013 |
| David Bross, OBA No. 31345 | Johnathan L. Rogers, OBA #21341 |
| Lauren G. Lambright, OBA No. 22300 | 320 South Boston Avenue, Suite 200 |
| Smolen, Smolen & Roytman | Tulsa, OK  74103-3706 |
| 701 S Cincinnati Ave | Telephone:  (918) 594-0594 |
| Tulsa, OK  74119 | Facsimile:  (918) 594-0505 |
| Telephone (918) 585-2667 | Email:  pcremin@hallestill.com |
| Facsimile (918) 585-2669 | Email:  jrogers@hallestill.com |
| danielsmolen@ssrok.com | |
| davidbross@ssrok.com | **ATTORNEYS FOR DEFENDANT** |
| laurenlambright@ssrok.com | |
| **Attorneys for Plaintiff** | |

\* *Signed by filing attorney with permission of counsel*